FILED
2015 Apr-14 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Catherine Garza,<br><br>                             Plaintiff,<br><br>v.<br><br>Solomon Goldberg & Associates, LLC, a corporation, Michele Turner, an individual, and Kyle Reese, an individual,<br><br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER:<br>5:15-cv-00589-HGD |

### Summons in a Civil Action

To: *Solomon Goldberg & Associates, LLC*
    *c/o Registered Agent: Christopher J. Auriemma*
    *135 E Main St.*
    *Tuckerton, NJ 08087*

NOTE: A separate summons must be
       prepared for each defendant.

A lawsuit has been filed against you.

      Within ____31____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, Alabama 35801

Penny Hays Cauley
Hays Cauley, P.C., 1303 W. Evans Street, Florence, South Carolina 29501

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: __4/14/15__

*Sharon N Harris*
SHARON N. HARRIS, CLERK

By: *Stephanie Jolen*

SEE REVERSE SIDE FOR RETURN

Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Catherine Garza, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Solomon Goldberg & Associates, LLC, a corporation, | ) | 5:15-cv-00589-HGD |
| Michele Turner, an individual, and Kyle Reese, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## Summons in a Civil Action

To: *Michele Turner*
  *c/o Solomon Goldberg & Associates, LLC*
  *135 E Main St.*
  *Tuckerton, NJ 08087*

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, Alabama 35801

Penny Hays Cauley
Hays Cauley, P.C., 1303 W. Evans Street, Florence, South Carolina 29501

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: __4/14/15__

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Catherine Garza, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Solomon Goldberg & Associates, LLC, a corporation, | ) | 5:15-cv-00589-HGD |
| Michele Turner, an individual, and Kyle Reese, an | ) | |
| individual, | ) | |
| Defendants. | ) | |

### Summons in a Civil Action

To: *Kyle Reese*
*c/o Solomon Goldberg & Associates, LLC*
*135 E Main St.*
*Tuckerton, NJ 08087*

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, Alabama 35801

Penny Hays Cauley
Hays Cauley, P.C., 1303 W. Evans Street, Florence, South Carolina 29501

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: __4/14/15__

*Sharon N. Harris*
SHARON N. HARRIS, CLERK

By: *Stephanie Jolen*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203